# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 21-CR-374 (APM) |
| v. | : | 40 U.S.C. § 5104(e)(2)(G) |
| **LOGAN GROVER,**  (AKA LOGAN V R GROVER), | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, LOGAN GROVER A/K/A LOGAN V R GROVER, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election,

which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### Logan Grover's Participation in the January 6, 2021, Capitol Riot

8. The defendant, Logan Grover, lives in Erie, Colorado. On January 4, 2021, the defendant traveled from Denver, Colorado to Washington, D.C., by plane. The purpose of the defendant's trip to Washington, D.C., was to attend the former President's "Stop the Steal" rally, which was a protest of Congress' certification of the Electoral College vote.

9. On January 5, the defendant posted to Facebook a message containing the following language, "If you accept the reality that the election was stolen, than you cannot accept Biden as the new president - & neither can I… which is why I flew to DC yesterday. I fought for this nation. Brothers & Sisters lost limbs & life for this nation. I won't sit idle while the nation is stolen in some insane, slow motion, treasonous insurrection." Later in the defendant's post, he wrote "I have no interest in violence. Sadly, I recognize that violence is highly likely. I'm not certain what's going to happen tomorrow. I am certain I need to be here."

10. Also on January 5, 2021, the defendant walked near the Capitol and took pictures of the fencing around portions of the Capitol grounds and of signs installed on that fencing. Those signs read, "Area Closed by order of the United States Capitol Police Board." The defendant took a picture of himself standing next to one of these signs.

11. On January 6, the defendant attended the "Stop the Steal" rally. After that, the defendant went back to his hotel.  After some time at his hotel, the defendant went to the Capitol. The defendant arrived on restricted grounds by approximately 2:46 p.m.

12. After arriving on restricted grounds, the defendant walked to the northwest side of the Capitol and observed portions of the crowd that had seized control of the West Plaza, the scaffolding erected as part of the inauguration stage, and the exterior stairs leading to the Capitol building's Lower and Upper West Terraces. The defendant took photographs of the crowd and, in some instances, posed to capture himself with the crowd in the background.

13. The defendant then walked to the east side of the Capitol, arriving by approximately 3:03 p.m. He walked past the northern stairs on the east side of the building, which lead to the Senate chamber. Then, he walked to and climbed stairs which lead to a landing outside the Capitol Rotunda.

14. At approximately 3:15 p.m., the defendant entered the Capitol through the eastern Rotunda doors. At the time of his entry, windowpanes in those doors were shattered and an alarm was sounding continuously. As the defendant entered, police officers were standing at the Rotunda door, pushing against the crowd to eject people inside and prevent others from entering. The defendant entered with a crowd of people that pushed past these officers.

15. After entering the Capitol, the defendant walked into the Rotunda. There, he and other members of the crowd were confronted by officers who had encircled the crowd and confined

it to a small space around the Rotunda's eastern doorway. The defendant left the Rotunda at approximately 3:21 p.m. and left the Capitol at approximately 3:32 p.m. The defendant remained on the east side of the Capitol grounds, within the restricted area, until approximately 5:06 p.m.

### *Elements of the Offense*

16.     The defendant knowingly and voluntarily admits to all the elements of 40 U.S.C. § 5104(e)(2)(G). Specifically, the defendant admits that he willfully and knowingly entered the U.S. Capitol Building, knowing that that he did not have permission to do so. The defendant further admits that while inside the Capitol, he willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ Michael G. James
MICHAEL G. JAMES
Assistant United States Attorney
N.Y. Reg. No. 2481414
Office of the United States Attorney
Eastern District of North Carolina
(on detail to the USAO-DC)
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Mike.James@usdoj.gov
Telephone: (919) 856-4530

## DEFENDANT'S ACKNOWLEDGMENT

  I, LOGAN GROVER, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date:   07/19/2022        _(signed)_
               LOGAN GROVER,
               AKA LOGAN V R GROVER
               Defendant

## ATTORNEY'S ACKNOWLEDGMENT

  I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: July 19, 2022        _(signed)_
               MEGAN M. DOWNING
               Attorney for Defendant