

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO **CAPTAIN LOGAN V. GROVER**
HEADQUARTERS AND HEADQUARTERS DETACHMENT,
ENGINEER BRIGADE, 1ST INFANTRY DIVISION

FOR EXCEPTIONALLY MERITORIOUS SERVICE AS A PLATOON LEADER, TASK FORCE ENGINEER AND DEPUTY ASSISTANT ENGINEER DURING TOURS IN KOSOVO, IRAQ AND BOSNIA. CAPTAIN GROVER CONSISTENTLY DISPLAYED THE ABILITY TO ADAPT, IMPROVISE AND OVERCOME OBSTACLES. HE WAS ABLE TO GAIN A BROAD UNDERSTANDING OF A BATTLEFIELD AND TAKE DECISIVE ACTION IN ORDER TO SUCCESSFULLY COMPLETE A MISSION. CAPTAIN GROVER EXCELLED IN DUTY POSITIONS ONE AND TWO GRADES ABOVE HIS RANK WHILE OVERSEEING MAJOR OPERATIONS. HE IS A CONSUMMATE PROFESSIONAL AND HIS ACTIONS REFLECT GREAT CREDIT UPON HIM, THE FIRST INFANTRY DIVISION, AND THE UNITED STATES ARMY.

FROM 27 JULY 2002 TO 09 JANUARY 2006

PO# 335-02, 01 DECEMBER 2005
Commander, Engineer Brigade
Bamberg, Germany

BRYAN G. WATSON
COL, EN
Commanding

DA FORM 4980-14, NOV 97

**Exhibit A**