

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO **CAPTAIN LOGAN V. GROVER**

FOR MERITORIOUS ACHIEVEMENT WHILE MANAGING THE DEMINING OPERATIONS OF FOREST LAND UNDER SEVERE TIME CONSTRAINTS AT FORWARD OPERATING SITE EAGLE, TUZLA, BOSNIA AND HERZEGOVINA. YOUR ARTICULATE AND AUTHORITATIVE ABILITIES WERE KEY INSTRUMENTS IN THE SUCCESSFUL ACCOMPLISHMENT OF THIS MISSION. YOUR PERFORMANCE AND DEDICATION TO DUTY REFLECT GREAT CREDIT UPON YOU, AREA SUPPORT TEAM BOSNIA AND THE UNITED STATES ARMY.

FROM 27 JULY 2005 TO 7 SEPTEMBER 2005

THIS 23RD DAY OF AUGUST 2005

PO # 235-001, 23 August 2005
Commander, NATO Headquarters Sarajevo



**STEVEN P. SCHOOK**
Brigadier General, US Army
Commanding

DA FORM 4980-18, NOV 97

**Exhibit B**