

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO  **FIRST LIEUTENANT LOGAN V. GROVER**
**TASK FORCE 9TH ENGINEERS, 1ST INFANTRY DIVISION**

FOR   MERITORIOUS ACHIEVEMENT DURING DEA OPERATIONS IN THE SALAH AH DIN PROVINCE, IRAQ. 1LT GROVER EXECUTED THE FIRST 1ST INFANTRY DIVISION UNIT CLEARANCE OF A DEA SITE WITHOUT ANY CIVILIAN CONTRACTOR SUPPORT. HIS DEDICATION TO DUTY REFLECTS GREAT CREDIT UPON HIMSELF, THE 2ND BRIGADE COMBAT TEAM, AND THE UNITED STATES ARMY.

FROM 19 MAY 2004 TO 19 JULY 2004

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 15TH DAY OF OCTOBER 2004

PO# 289-001,  15 October 2004
HQ, 2nd Brigade, 1ID
Tikrit, Iraq

RANDAL A. DRAGON
COL, IN
Commanding

DA FORM 4980-14, NOV 97

**Exhibit C**