

Exhibit F





