UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 21-cr-00374-APM-1 |
| v. | ) ) ) |  |
| LOGAN GROVER, | ) ) |  |

**MOTION REQUESTING PERMISSON FOR TRAVEL**

Logan Grover, by and through counsel Megan M. Downing of Recht Kornfeld P.C., respectfully requests permission to travel to the state of Hawaii between the dates of January 13, 2023 and January 21, 2023.

Mr. Grover has a vacation planned with his family to the state of Hawaii during the aforementioned dates. He mentioned the requested travel to his pretrial supervision officer on December 1, 2022 and provided the dates and location of travel.

While not leaving the United States, Mr. Grover did not recall that travel outside the continental United States requires court permission as a condition of his release. (ECF No. 9).

On January 12, 2023, a pretrial supervisor responded to Mr. Grover that Court permission to travel to the state of Hawaii must be granted by the Court.

Accordingly, Mr. Grover respectfully seeks the Court's permission to travel with his family to Maui, Hawaii. He apologizes for this oversight and the short notice of the request. Counsel has alerted the Government to the request and awaits their position. Mr. Grover remains compliant with all conditions of his release.

1

Respectfully submitted this 12th day of January, 2023.

*s/ Megan M. Downing*
Megan M. Downing
RECHT KORNFELD, P.C.
1600 Stout Street, Suite 1400
Denver, CO 80202
Phone: 303-573-1900
Fax: 303-446-9400
megan@rklawpc.com

*s/Kobie Flowers*
Kobie Flowers
BROWN GOLDSTEIN & LEVY
1717 K Street, NW, Suite 900
Washington, D.C. 20006
Phone: 202-742-5969
kflowers@browngold.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January, 2023, I electronically filed the foregoing Motion Requesting Permission for Travel with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Erin Holweger*