UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 21-cr-00374 (APM)** |
| ) | |
| **LOGAN GROVER** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

# ORDER

Having considered Defendant Logan Grover's Motion for Early Termination of Probation, ECF No. 75, and the government's opposition, ECF No. 77, the court denies the motion. The sentencing factors under 18 U.S.C. § 3553(a) do not support early termination. *See* 18 U.S.C. § 3564(c).

Defendant came to Washington, D.C., prepared for violence on January 6th. He brought with him, among other things, body armor, tactical gloves, broken scissors, and two hairbrushes with pointed ends. Gov't Sentencing Mem., ECF No. 65, at 3–4. There is no evidence that Defendant wore or carried those objects on January 6th, but he did enter the Capitol Building and made his way to the Rotunda during a riot with thousands of others. *Id.* at 10–16. Defendant—who has a law degree—should have known that his conduct was unlawful. *Id.* at 23. Yet, when later questioned by the FBI, he made implausible excuses for his actions. *Id.* 17–20. Based on these and other factors, the court was prepared to sentence Defendant to a term of incarceration but refrained from doing so because he demonstrated genuine remorse for his actions at sentencing. Sentencing Hr'g Tr., ECF No. 76, at 35.

The court's sentence—including the two-year term of probation—reflected its balancing of the § 3553(a) factors.  Nothing has materially changed since.  The court is heartened by Defendant's early completion of community service and his general compliance, but continuing probation until expiration is warranted to reflect the seriousness of the Defendant's actions: he prepared for violence on January 6th, his entered the Capitol and disrupted the peaceful transfer of power, and made misleading statements made to the FBI afterwards.  The court is confident that Defendant will successfully complete probation.  But he must remain on supervision for two years, as ordered.

Accordingly, Defendant's motion for early termination is denied.

Date:  May 20, 2024

Amit P. Mehta
United States District Court Judge